**Order entered April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01191-CR

**DONALD LEWIS WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-53040-H**

## ORDER

The Court **REINSTATES** the appeal.

On March 19, 2014 trial court to make findings of fact regarding why the reporter's record had not been filed. On April 14, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 19, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
          JUSTICE